Complaint  July 02, 2013

Case: 0:13-cv-01077-JFA-PJG

① On 6-5-13 I spoke with Captain Anderson outside of the unit about my skin & bed bug bites. I also showed it to him. His response was there working on getting laundry detergent & their checking into uniforms. He said he'll try to get me some creme for my skin. I told him that nurse Roanna and Nurse Amanda said there not ordering any creme. As of this date July 02, 2013, I have not been given any creme that would treat the skin irritation. I also have not seen Captain Anderson again.

② On 6-6-13 I finally recieved amoxicillan for my tooth.

③ On 5-22-13, 6-5-13, 6-28-13 Pet Away Pest control came to spray the unit. The month of May was my first time seeing them here to spray.

④ On 5-14-2013 mr. Price came in A-dorm and told the unit that no pads will be given out until Friday. Today is Friday and sgt. Blackwell told us it will be Monday. This Detention Center is very nasty, disgusting and unsanitary. The womens have no tissue or pads. They are wipping themselves with their wash cloth and uniform. I have been to medical twice for severe skin irritation and have charged twice for recieving sample packs of Antifungal creme. I would like to know how you plan to resolve this matter at this Detention center. I hope that you would take action and be considerate of what is going on with the womens here at the cherokee County Detention center. (This request was written to Sheriff Mueller on 5.17.13) As of todays date I have

July 02, 2013

Case: 0:13-cv-01077-JFA-PJG

1) not recieved an answer from him. I have enclosed the reciept of where I've been charged multiple times for sick calls.

⑤ For pain, suffering, humiliation and laser surgery, I would have to get done on my left under arm, stomach, ~~left~~ and left forearm. I would like to be granted seventy-five thousand dollars.

Shandreka Shippy